**AFFIDAVIT**

I, Scott W. Kelley, being duly sworn, depose and state the following:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), having been appointed to this position in June 2007. I am currently assigned to the Boston Division and I am responsible for the investigation of various crimes relating to the United States Mail. Prior to my appointment as a Postal Inspector, I was a Special Agent with the Naval Criminal Investigative Service (NCIS) for approximately one year and I was responsible for investigations in the interest of the United States Navy and Marine Corp. Prior to my NCIS employment, I was a Postal Inspector with USPIS between approximately September 2003 and June 2006. I have attended training at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA and have completed Basic Inspector Training (BIT) in Potomac, MD. I have received training in the investigation of crimes involving the sexual exploitation of children by attending numerous seminars and courses. I have investigated child pornography cases and related sexual offenses for approximately 7 years.

2. The information set forth in this affidavit is based on an investigation conducted by this affiant and other law enforcement agents.

3. This affidavit is submitted in support of a criminal complaint charging KEVIN REID, of Hyannis, MA, with Coercion and Enticement, in violation of 18 U.S.C. 2242(b).

4. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Rather, it contains those facts that I believe to be necessary to establish probable cause for the crime charged in the complaint. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

5. The instant investigation, described more fully below, has revealed that on or about March 9, 2012, March 11, 2012, and March 13, 2012, KEVIN REID, using the mail or any facility or means of interstate or foreign commerce, knowingly persuaded, induced, enticed, or coerced an individual who had not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempted to do so.

**STATUTORY AUTHORITY**

6.  This investigation concerns alleged violations of Title 18, United States Code, Section 2422(b):

   a.  Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life.

7.  Massachusetts state law prohibits an indecent assault and battery on a person who has attained age fourteen. Mass. Gen. Laws ch. 265, § 13H.

8.  An "indecent" assault and battery is one if it involves touching portions of the anatomy commonly thought private, such as a person's genital area or buttocks, or the breasts of a female. See Massachusetts Model Jury Instruction 6.520 (2009 Edition).

**BACKGROUND OF THE INVESTIGATION**

9.  In March 2012, this affiant was asked by Massachusetts State Police (MSP) to assist with a possible child enticement investigation in Taunton, MA.

10. Law enforcement interviewed Jane Doe ("JD"), a 16-year-old minor. JD informed law enforcement of the following:

3

(a) JD met KEVIN REID on Facebook in approximately December 2011. It was around JD's birthday when REID first messaged JD on Facebook with a "Happy 16th Birthday" message.

(b) In the few Facebook chats JD had with REID, REID was very pushy. JD believed something was not right with REID. REID gave JD his cell phone number for JD to call him. JD never called REID.

11. Law enforcement also interviewed an adult relative of JD, Witness 1 ("W1"). W1 stated that JD was being harassed by KEVIN REID, 28-year-old male on Facebook. JD stated to W1 that REID was also harassing other minors at JD's school. W1 reported the harassment by REID to another adult relative, Witness 2 ("W2").

12. Law enforcement interviewed W2. In response to the harassment of JD by REID, W2 sought to contact REID. After "friending" REID on Facebook, W2 proceeded to chat on with REID through Facebook chat. REID mistakenly believed that a photograph on W2's Facebook page was a photograph of W2. It was not W2, but an adult who appeared younger looking. Believing W2 to be the younger looking person, REID continued to chat with W2. W2 perpetuated REID's misunderstanding and stated that W2 was 16 years old. The Facebook chat became sexually explicit. REID told W2 that (a) REID wanted to stick his finger in W2's anus, as well as have sex with W2, (b) REID had a court case and was a Level 3 sex offender, and (c) REID lived in Hyannis, MA

4

where he had a PO Box. REID asked W2 to send money to REID at the PO Box.

13. During the chat, W2 told REID that W2 had a friend, "Tanya," who a 14-years-old. "Tanya" was a fictitious person. W2 reported to law enforcement that a third adult relative, Witness 3 ("W3") texted with REID as "Tanya." W2 provided law enforcement the cells phone numbers provided by REID, including 774-223-2375.

14. Law enforcement interviewed W3. W3 reported to law enforcement that she communicated with REID by SMS cell phone text messaging. W3 stated that W3 told Reid W3 was 14-years-old, and that REID was fine with her age. The conversation immediately turned sexual in nature. REID wanted to have sex with W3 to include anal sex. REID inquired if W3 liked oral sex and if REID could impregnate W3. W3 provided law enforcement the cell phone numbers provided by REID, including 774-223-2375.

## UNDERCOVER INVESTIGATION

15. On March 7, 2012, law enforcement initiated an undercover (UC) operation using the perceived 16-year-old identity of W2. Using an undercover cell phone, this affiant initiated communications with REID posing as W2, who REID believed to be a 16-year-old girl. All subsequent conversations were done by this affiant (UC) and REID.

5

16. The following is only a portion of the communications between REID and the UC. This communication was done by SMS cell phone text messaging. All of REID's SMS text messages came from the cell phone number of 774-223-2375.

17. On March 7, 2012:

| | |
|---|---|
| UC: | Hey its Lisa new phone num…wht u doing love u |
| REID: | Love you to. Walkin around. Do you have a new phone? |
| REID: | I want some pics ☺ |
| UC: | Maybe when I am older???? |
| REID: | Since you said that when ur older I'm all done with you good bye. |

18. On March 8, 2012:

| | |
|---|---|
| UC: | Sorry…love u but im scared since I am 16…wht if my mom finds out… |
| REID: | I don't think you really love me |
| UC: | Im shower..ready for shol b a few |
| REID: | I want pics |
| UC: | Wish u here with me |
| REID: | I do to. I want to have sex with you |
| REID: | Really bad. I want ur pussy ass and tits |
| UC: | U want me or tayna |
| REID: | Both |
| UC: | She ok…but she my little sis and she passes me off |

19. On March 9, 2012:

| | |
|---|---|
| REID: | Yup you. I'm still waittin for a pic |
| UC: | What im it 4 me?? ☺ |
| REID; | You'll get pics back when we chill ill finger ur pussy deep to get you horny |
| REID: | Ill give you hat you want if you send pics |

| | |
|---|---|
| UC: | In skool cant now |
| REID: | In the bathroom u can |
| UC: | Ok ill try pic of what |
| REID: | Pussy and you |
| REID: | Tits |
| REID: | Did you get my video |

20. On March 9, 2012, at approximately 1:57PM, REID sent the UC a video of an erect penis with pants around the male's ankles.

21. On March 9, 2012, at approximately 1:58PM, REID sent the UC a video of an erect penis with a hand touching the penis.

22. On March 9, 2012, at approximately 1:58PM, REID sent the UC a video of an erect penis outside the zipper area of blue jean pants.

23. On March 9, 2012, at approximately 2:00PM, REID sent the UC a video of himself standing up naked in what appears to be a bathroom. Your affiant is able to identify REID based on comparison of the video and REID's Massachusetts Driver License photograph.

24. On March 9, 2012:

| | |
|---|---|
| UC: | I wanna go see u…soo bad |
| REID: | It will happen we will fuck |
| REID: | And Tanya |
| REID: | Would you like me to smack ur face with my dick? |
| REID: | Do u want me to use condoms |
| UC: | Yeah…16 and pregnant no way like the tv show |
| REID: | How about I wont cum in ur pussy |
| REID: | I hate condoms |

7

|       |                                                                 |
|-------|-----------------------------------------------------------------|
| UC:   | Wht happen if u get a 14 and 16 preg we all trouble             |
| REID: | No one has to know                                              |
| UC:   | Kinda hard to hid a kid ya know                                 |
| REID: | No one has to know who the dad is                               |

25. On March 10, 2012:

|       |                                                                 |
|-------|-----------------------------------------------------------------|
| REID: | I need your pussy and ass baby ☺                                |
| REID: | Fun fun. Id rather have you sit on my dick                      |
| REID: | Ill finger ass deep suck ur tits                                |
| REID: | Ill shove my dick in ur tight ass                               |
| REID: | Help me cum baby                                                |
| UC:   | Cum get me during th week                                       |
| UC:   | How I get to u                                                  |
| REID: | Bus                                                             |
| UC:   | There bus from ri to cape                                       |
| REID: | Yes their                                                       |

26. On March 11, 2012:

|       |                                                                 |
|-------|-----------------------------------------------------------------|
| REID: | Theirs a bus station in providence look up on google for the number |
| REID; | Ask how much is the cheapest bus from providence to hyannis     |
| UC:   | Wht company…is that were u live right there                     |
| REID: | Yep. I live in hyannis                                          |
| REID: | Just look for bus station                                       |
| REID: | Peter pan or something                                          |
| UC:   | Peter pan and wht else i will go to library and look can u try too |
| REID: | Its easy for me. Just a 15 min walk to the bus station to get info. You can look on ur phone or computer that's easier |
| REID: | Ya ill check tomorrow when the bus company is open.  Can you come on a weekend we can get a motel room? |
| REID: | To come to me for the werkend well get a room and fuck all weekend |
| REID: | I'm voin to. I wish you can bring Tanya         |
| REID: | I'm goin to fuck you with no condoms fuck ur ass hole           |

8

| | |
|---|---|
| REID: | I'm goin to suck pussy meat |
| UC: | I hv no money for hotel |
| REID: | Can you save? Its like 70 a night |
| UC: | U hv no place |
| REID: | I live with ony of cousins and one of my best friends. They wont approve ur age |
| UC: | Oh…then they will for sure hate tanya too |
| REID: | Not hate your both just won't approve. That's why I want a motel it 70 a night |
| REID: | I can't wait to see you. Talk to tonya right now |
| UC: | I will se her tomorrow am |
| REID: | Don't you have her number |
| REID: | Will she come with you |
| REID: | I can't wait to fuck you |
| UC: | Btw think about the pics u want trying to gt cam |
| REID: | I already know |
| REID: | A fully naked pic of ur ass pussy and tits same with tanya |
| REID: | Also touch urself |
| REID: | Pics of tanya also |

27. On March 12, 2012:

| | |
|---|---|
| REID: | Not much. Ill be gettinfo around 230 3 |
| REID: | Its $56.00 round trip |
| REID: | Tell Tanya to have her pussy shaved |
| REID: | I have no condoms I wont cum inside you |
| UC: | Go to a clinic |
| REID: | Can u go to one |
| UC: | Will not give sincew w r minors parent consent |

28. On March 13, 2012:

| | |
|---|---|
| REID: | Immagine me and Tanya naked eatin u ojt |
| UC: | Is that gunna happen |
| REID: | On Monday. When u come out |
| UC: | Tanya w me now |
| REID: | I got both girls together ☺ |
| REID: | I love you both |
| REID: | You an tanya having sex |
| UC: | How do I take a pic of that? |

9

REID:      I wand a full naked pic of you and
           Tanya pussy pics tits and ass wide open
REID:      Full naked pic of you and Tanya pussy
           tits ass spread open. I want you to
           finger Tanya deep and sle suck her tits
           kiss her eat her pussy swallow her cum

### ADDITIONAL INFORMATION

29. Law enforcement confirmed KEVIN REID is in fact a Level 3 registered sex offender in the state of Massachusetts, consistent with the information he provided in communications with W2 (see paragraph 12).

30. Based on a review of the Massachusetts Registry of Motor Vehicles photo of KEVIN REID, law enforcement confirmed the picture associate with the Kevin Reid Facebook account is in fact KEVIN REID.

31. Investigation confirmed that REID does in fact receive mail in the name of Kevin Reid at a PO Box in Hyannis, MA.

10

**CONCLUSION**

32. Based on the foregoing facts, there is probable cause to believe that on or about March 9, 2012, March 11, 2012, and March 13, 2012, KEVIN REID, using the mail or any facility or means of interstate or foreign commerce, knowingly persuaded, induced, enticed, or coerced an individual who had not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

Scott W. Kelley
Postal Inspector
US Postal Inspection Service

Subscribed and sworn to before me this **MAR 1 6 2012** day of March, 2012.

ROBERT B. COLLINGS
United States Magistrate Judge